UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID MONTANYA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:10-cv-00525-DBH |
| | ) | |
| LABOR READY NORTHEAST, INC., | ) | |
| | ) | |
| Defendant | ) | |

STIPULATION OF DISMISSAL

The parties, through their attorneys and pursuant to F.R.Civ.P. 41(a)(1)(ii), hereby

stipulate to the dismissal of the instant action with prejudice and without costs or attorneys' fees

to any party.

Date:  January 27, 2011

*/s/Arthur J. Greif*
Arthur J. Greif, Esq.
GILBERT & GREIF, P.A.
82 Columbia Street
P.O. Box 2339
Bangor, ME 04402-2339
Attorneys for Plaintiff

*/s/*
Richard G. Moon, Esq.
Verrill Dana LLP
One Portland Square
Portland ME 04112-0586
Attorneys for Defendant

CERTIFICATE OF SERVICE

       I hereby certify that on January 27, 2011,  I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

                Richard G. Moon, Esq.
                Verrill Dana, LLP
                rmoon@verrilldana.com


                        */s/Arthur J. Greif*
                        Arthur J. Greif, Esq.
                        Attorney for Plaintiff

5256O:\MONTANYA.DAVID\pleadings\stipulation of dismissal.wpd